No. D–1346. IN RE DISBARMENT OF ARDITTI. It is ordered that Victor R. Arditti, of El Paso, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1347. IN RE DISBARMENT OF CONAWAY. It is ordered that Charles T. Conaway, of San Antonio, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1348. IN RE DISBARMENT OF BAILEY. It is ordered that Joel Lynn Bailey, of Garland, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1349. IN RE DISBARMENT OF COOPER. It is ordered that Garry Michael Cooper, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1350. IN RE DISBARMENT OF LILLY. It is ordered that David Greene Lilly, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1351. IN RE DISBARMENT OF VENABLE. It is ordered that William H. C. Venable, of Richmond, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 121, Orig. LOUISIANA v. MISSISSIPPI ET AL. Motion of Mississippi for leave to file a counterclaim granted. Plaintiff allowed 30 days within which to file an answer. [For earlier order herein, see, e. g., ante, p. 941.]

No. 92–780. NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. v. SCHEIDLER ET AL. C. A. 7th Cir. [Certiorari granted, 508 U. S. 971.] Motion of respondents Randall A. Terry et al. for leave to file a supplemental brief after argument denied.